NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**RHODERICK D. HALL,**
*Petitioner,*

v.

**UNITED STATES POSTAL SERVICE,**
*Respondent.*

---

2012-3063

---

Petition for review of the Merit Systems Protection Board in case no. AT0752110116-I-1.

---

## ON MOTION

---

## ORDER

Rhoderick D. Hall moves for leave to proceed in forma pauperis.

Upon consideration thereof,

IT IS ORDERED THAT:

The motion is granted.

FOR THE COURT

JAN 3 1 2012
Date

/s/ Jan Horbaly
Jan Horbaly
Clerk

cc:  Rhoderick D. Hall
     Jeanne E. Davidson, Esq.
s21

**FILED**
**U.S. COURT OF APPEALS FOR**
**THE FEDERAL CIRCUIT**

JAN 3 1 2012

**JAN HORBALY**
**CLERK**